DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

PHAN, JENNIFER

Debtor(s)

Chapter 13
Case No.  10-5-0707 RLE

TRUSTEE'S OBJECTION TO CONFIRMATION WITH CERTIFICATE OF SERVICE

341 Meeting: Date: MAY 7, 2010 @ 1:30 PM
Pre-Hearing Conference Date: MAY 20, 2010
Pre-Hearing Conference Time: 2:00 PM
Place: 280 S. 1st Street Room 3099
        San Jose, CA
Judge:  Roger L. Efremsky

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this 1% Plan for the following reasons:

1. The Trustee is unable to determine if 11 U.S.C. § 1325(a)(4) is met.  The debtor has over exempted the 1000 Peterbilt under CCP § 704.060.  The maximum amount allowed under this exemption is $4,850.00.  The debtors must amend Schedule C accordingly.

2. Pursuant to the review of the pay advices provided for the non-filing spouse it appears that his average monthly withholdings is approximately $360.00 not $1,125.00 as listed on Schedule I.  The debtor must amend Schedule I accordingly. Because of this

Trustee's Obj to Confirmation 10-5-0707 RLE–

inconsistency, the Trustee cannot determine whether the plan is feasible under 11 U.S.C. § 1325(a)(6).

Dated: May 5, 2010　　　　　　　　　　　　　　/S/ Devin Derham-Burk
　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I am not less than 18 years of age and not a party to the within case; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on May 5, 2010.

Said envelopes were addressed as follows:

| | |
|---|---|
| JENNIFER PHAN<br>577 PASEO REFUGIO<br>MILPITAS CA 95035 | LAW OFFICES OF DAVID BOONE<br>1611 THE ALAMEDA<br>SAN JOSE CA 95126 |

/S/__Clotilde Costa_____
Office of Devin Derham-Burk, Trustee