1 | DAVID A. BOONE - State Bar No. 74165
  | LAW OFFICES OF DAVID A. BOONE
2 | 1611 The Alameda
  | San Jose, California 95126
3 | Telephone (408) 291-6000

4 | Attorney For Debtor(s)

8 UNITED STATES BANKRUPTCY COURT

9 FOR THE NORTHERN DISTRICT OF CALIFORNIA

11 IN RE:  )  CHAPTER 13
         )
12 JENNIFER PHILOAN PHAN  )  CASE NO.: 10-5-0707 RLE
                          )

17 ATTACHMENT TO AMENDED SCHEDULE D

1  Additional Creditor(s):

2

3  Santa Clara Co. Tax Collector
   70 W. Hedding Street
   San Jose, CA 95110
4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23  V:\14897\Attachment-Schedule-D.wpd

24

25

26

27

28