```
 1  DAVID A. BOONE, ESQ., #74165
    LAW OFFICES OF DAVID A. BOONE
 2  1611 The Alameda
    San Jose, California 95126
 3  (408) 291-6000

 4  Attorney For Debtor(s)
```

|   |   |
|---|---|
|   | UNITED STATES BANKRUPTCY COURT |
|   | FOR THE NORTHERN DISTRICT OF CALIFORNIA |

| IN RE: | ) | CHAPTER 13 |
|---|---|---|
| JENNIFER PHILOAN PHAN | ) ) ) ) ) ) ) ) | CASE NO.: 10-5-0707 RLE |

**DECLARATION OF DEBTOR IN RESPONSE TO TRUSTEE'S OBJECTION TO CONFIRMATION**

I, Jennifer Philoan Phan, declare as follows:

I am the Debtor in the above-entitled case. The matters set forth herein are based upon my personal knowledge, except as to those matters based upon information and belief, and as to those matters I believe them to be true, and if called as a witness I could competently testify thereto.

1. The Chapter 13 Trustee requested in point 2 of her Objection To Confirmation that I adjust the withholdings taken from my spouse's gross monthly income; however I have instead removed my spouse's income and employment information from my Amended Schedule I.

//

//

2. I removed such information as my spouse does not currently reside with me and did not reside with me during 5 of the 6 months prior to my filing for Bankruptcy. I had listed my spouse's employment and income information in my schedules as I believed he and I would reconcile; however he has since moved in with another woman and I am now planning on filing for divorce.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Executed this 13th of May, 2010, at San Jose, California.

     /s/ Jennifer Philoan Phan
JENNIFER PHILOAN PHAN

V:\14897\Declaration-Trustee-Objection-1.wpd