In re **Jennifer Philoan Phan**, Case No. **10-50707 RLE**
Debtor

# SCHEDULE C - PROPERTY CLAIMED AS EXEMPT - AMENDED

Debtor claims the exemptions to which debtor is entitled under: (Check one box)
☐ 11 U.S.C. §522(b)(2)
■ 11 U.S.C. §522(b)(3)

☐ Check if debtor claims a homestead exemption that exceeds $136,875.

| Description of Property | Specify Law Providing Each Exemption | Value of Claimed Exemption | Current Value of Property Without Deducting Exemption |
|---|---|---|---|
| **Real Property** **Single Family Residence** 577 Paseo Refugio Milpitas, CA 95035 | **C.C.P. § 704.730** | **100,000.00** | **980,000.00** |
| **Household Goods and Furnishings** **Household Goods, Furnishings** In Debtor's Possession. | **C.C.P. § 704.020** | **4,000.00** | **4,000.00** |
| **Wearing Apparel** **Work and Casual Clothes** In Debtor's Possession. | **C.C.P. § 704.020** | **1,000.00** | **1,000.00** |
| **Furs and Jewelry** **Watches, Rings, Misc Jewelry** In Debtor's Possession. | **C.C.P. § 704.040** | **2,000.00** | **2,000.00** |
| **Automobiles, Trucks, Trailers, and Other Vehicles** **1993 Lexus LS400** In Debtor's Possession. | **C.C.P. § 704.010** | **2,550.00** | **2,725.00** |
| **1999 Peterbilt** In Debtor's Possession. | **C.C.P. § 704.060** | **4,850.00** | **6,000.00** |
| | Total: | **114,400.00** | **995,725.00** |

__0__ continuation sheets attached to Schedule of Property Claimed as Exempt

**B6I (Official Form 6I) (12/07)**

In re **Jennifer Philoan Phan**      Case No. **10-50707 RLE**
Debtor(s)

# SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED

The column labeled "Spouse" must be completed in all cases filed by joint debtors and by every married debtor, whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. Do not state the name of any minor child. The average monthly income calculated on this form may differ from the current monthly income calculated on Form 22A, 22B, or 22C.

| Debtor's Marital Status: | DEPENDENTS OF DEBTOR AND SPOUSE | |
|---|---|---|
| **Separated** | RELATIONSHIP(S): **Mother** | AGE(S): **92 years** |

| Employment: | DEBTOR | SPOUSE |
|---|---|---|
| Occupation | **Manager** | |
| Name of Employer | **Quickly** | |
| How long employed | **1 month** | |
| Address of Employer | **1350 S. Park Victoria Dr, Ste 30 Milpitas, CA 95035** | |

| INCOME: (Estimate of average or projected monthly income at time case filed) | DEBTOR | SPOUSE |
|---|---|---|
| 1. Monthly gross wages, salary, and commissions (Prorate if not paid monthly) | $ **5,000.00** | $ **0.00** |
| 2. Estimate monthly overtime | $ **0.00** | $ **0.00** |
| 3. SUBTOTAL | $ **5,000.00** | $ **0.00** |
| 4. LESS PAYROLL DEDUCTIONS | | |
|     a. Payroll taxes and social security | $ **659.51** | $ **0.00** |
|     b. Insurance | $ **0.00** | $ **0.00** |
|     c. Union dues | $ **0.00** | $ **0.00** |
|     d. Other (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 5. SUBTOTAL OF PAYROLL DEDUCTIONS | $ **659.51** | $ **0.00** |
| 6. TOTAL NET MONTHLY TAKE HOME PAY | $ **4,340.49** | $ **0.00** |
| 7. Regular income from operation of business or profession or farm (Attach detailed statement) | $ **0.00** | $ **0.00** |
| 8. Income from real property | $ **0.00** | $ **0.00** |
| 9. Interest and dividends | $ **0.00** | $ **0.00** |
| 10. Alimony, maintenance or support payments payable to the debtor for the debtor's use or that of dependents listed above | $ **0.00** | $ **0.00** |
| 11. Social security or government assistance (Specify): | $ **0.00** | $ **0.00** |
| | $ **0.00** | $ **0.00** |
| 12. Pension or retirement income | $ **0.00** | $ **0.00** |
| 13. Other monthly income (Specify): **See Detailed Income Attachment** | $ **2,626.19** | $ **0.00** |
| 14. SUBTOTAL OF LINES 7 THROUGH 13 | $ **2,626.19** | $ **0.00** |
| 15. AVERAGE MONTHLY INCOME (Add amounts shown on lines 6 and 14) | $ **6,966.68** | $ **0.00** |
| 16. COMBINED AVERAGE MONTHLY INCOME: (Combine column totals from line 15) | $ **6,966.68** | |

(Report also on Summary of Schedules and, if applicable, on Statistical Summary of Certain Liabilities and Related Data)

17. Describe any increase or decrease in income reasonably anticipated to occur within the year following the filing of this document:
    **Debtor was separated at the time she filed her case and had been for 5 months prior to such filing.**

**B6I (Official Form 6I) (12/07)**

In re **Jennifer Philoan Phan**  Case No. **10-50707 RLE**
Debtor(s)

## SCHEDULE I - CURRENT INCOME OF INDIVIDUAL DEBTOR(S) - AMENDED
### Detailed Income Attachment

**Other Monthly Income:**

| | | |
|---|---|---|
| Mother's Contribution | $ 1,000.00 | $ 0.00 |
| IHSS | $ 1,026.19 | $ 0.00 |
| Projected Rental Income | $ 600.00 | $ 0.00 |
| **Total Other Monthly Income** | $ **2,626.19** | $ **0.00** |

B6J (Official Form 6J) (12/07)

In re **Jennifer Philoan Phan**　　　　　　　　　　　　　　Case No. **10-50707 RLE**
　　　　　　　　　　　　　Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED

　　Complete this schedule by estimating the average or projected monthly expenses of the debtor and the debtor's family at time case filed. Prorate any payments made bi-weekly, quarterly, semi-annually, or annually to show monthly rate. The average monthly expenses calculated on this form may differ from the deductions from income allowed on Form 22A or 22C.

☐ Check this box if a joint petition is filed and debtor's spouse maintains a separate household. Complete a separate schedule of expenditures labeled "Spouse."

| | |
|---|---:|
| 1. Rent or home mortgage payment (include lot rented for mobile home) | $ 4,487.31 |
| 　a. Are real estate taxes included?　　Yes ___　　No **X** | |
| 　b. Is property insurance included?　　Yes ___　　No **X** | |
| 2. Utilities:　a. Electricity and heating fuel | $ 215.00 |
| 　　　　　　　b. Water and sewer | $ 60.00 |
| 　　　　　　　c. Telephone | $ 75.00 |
| 　　　　　　　d. Other  **See Detailed Expense Attachment** | $ 95.00 |
| 3. Home maintenance (repairs and upkeep) | $ 0.00 |
| 4. Food | $ 600.00 |
| 5. Clothing | $ 150.00 |
| 6. Laundry and dry cleaning | $ 50.00 |
| 7. Medical and dental expenses | $ 35.00 |
| 8. Transportation (not including car payments) | $ 350.00 |
| 9. Recreation, clubs and entertainment, newspapers, magazines, etc. | $ 60.00 |
| 10. Charitable contributions | $ 0.00 |
| 11. Insurance (not deducted from wages or included in home mortgage payments) | |
| 　　　　　　　a. Homeowner's or renter's | $ 0.00 |
| 　　　　　　　b. Life | $ 0.00 |
| 　　　　　　　c. Health | $ 0.00 |
| 　　　　　　　d. Auto | $ 90.00 |
| 　　　　　　　e. Other | $ 0.00 |
| 12. Taxes (not deducted from wages or included in home mortgage payments) | |
| 　　　　　　　(Specify) | $ 0.00 |
| 13. Installment payments: (In chapter 11, 12, and 13 cases, do not list payments to be included in the plan) | |
| 　　　　　　　a. Auto | $ 0.00 |
| 　　　　　　　b. Other | $ 0.00 |
| 　　　　　　　c. Other | $ 0.00 |
| 14. Alimony, maintenance, and support paid to others | $ 0.00 |
| 15. Payments for support of additional dependents not living at your home | $ 0.00 |
| 16. Regular expenses from operation of business, profession, or farm (attach detailed statement) | $ 0.00 |
| 17. Other  **Incidentals (hair cuts, hygiene, etc.)** | $ 25.00 |
| 　　 Other | $ 0.00 |
| 18. AVERAGE MONTHLY EXPENSES (Total lines 1-17. Report also on Summary of Schedules and, if applicable, on the Statistical Summary of Certain Liabilities and Related Data.) | $ 6,292.31 |

19. Describe any increase or decrease in expenditures reasonably anticipated to occur within the year following the filing of this document:

20. STATEMENT OF MONTHLY NET INCOME

| | |
|---|---:|
| a.　Average monthly income from Line 15 of Schedule I | $ 6,966.68 |
| b.　Average monthly expenses from Line 18 above | $ 6,292.31 |
| c.　Monthly net income (a. minus b.) | $ 674.37 |

**B6J (Official Form 6J) (12/07)**

In re **Jennifer Philoan Phan**　　　　　　　　　　　　　　　　　Case No. **10-50707 RLE**
　　　　　　　　　　　　　　　Debtor(s)

# SCHEDULE J - CURRENT EXPENDITURES OF INDIVIDUAL DEBTOR(S) - AMENDED
## Detailed Expense Attachment

**Other Utility Expenditures:**

| | |
|---|---:|
| **Cable** | $ **50.00** |
| **Garbage** | $ **45.00** |
| **Total Other Utility Expenditures** | $ **95.00** |

# United States Bankruptcy Court
## Northern District of California

In re **Jennifer Philoan Phan**  
Debtor(s)

Case No. **10-50707 RLE**  
Chapter **13**

# DECLARATION CONCERNING DEBTOR'S SCHEDULES - AMENDED

### DECLARATION UNDER PENALTY OF PERJURY BY INDIVIDUAL DEBTOR

I declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of **5** sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date **May 13, 2010**  
Signature /s/ Jennifer Philoan Phan  
**Jennifer Philoan Phan**  
Debtor

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.