DAVID A. BOONE - State Bar No. 74165
LEELA V. MENON - State Bar No. 195435
LAW OFFICES OF DAVID A. BOONE
1611 The Alameda
San Jose, CA 95126
Telephone (408) 291-6000
Facsimile (408) 291-6016

Attorneys for Debtor(s)
Jennifer Philoan Phan

UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE:<br><br>JENNIFER PHILOAN PHAN | CHAPTER 13<br>CASE NO.: 10-50707 SLJ<br><br>Hearing Date: January 2, 2013<br>Time: 10:30 a.m.<br>Court Room 3099, 280 S. First Street<br>San Jose, California<br>Judge: Hon. Stephen L. Johnson |

**MOTION FOR RELIEF FROM STAY TO PURSUE MARITAL DISSOLUTION PROCEEDINGS**

TO ALL PARTIES IN INTEREST:

NOW COMES the Debtor, Jennifer Philoan Phan and hereby waives and moves the Honorable Court for relief from the automatic stay to allow Debtor and Debtor's spouse, Jeffrey Tu, to the extent necessary to allow the parties to proceed with the dissolution proceedings filed in the Superior Court of the State of California in and for the County of Santa Clara Case No. 110FL155287, with regard to the following:

1. The Debtor moves the Court for relief from stay to the extent required to pursue family la proceedings since the stay limits the continuation of the dissolution case to the extent such proceeding seeks to determine the division of property that is property of the estate. *11 U.S.C. Section 362(b)(2)(A)(iv)*. Debtor therefore seeks relief from stay to permit the family court to

determine the characterization of assets and debts as separate or community and the apportionment of community assets and debts between the parties;

2. To determine of reimbursement claims between the spouses; and

3. Any remaining issues between the Debtor and her spouse, Jeffrey Tu.

Any finding regarding assets or disposition of assets by the Family Law Court shall remain subject to review by the Bankruptcy Court.

DATED: December 6, 2012  LAW OFFICES OF DAVID A. BOONE

By: /s/ *Leela V. Menon*
ATTORNEYS FOR DEBTORS