1  DAVID A. BOONE - State Bar No. 74165
   LAW OFFICES OF DAVID A. BOONE
2  1611 The Alameda
   San Jose, CA 95126
3  Telephone (408) 291-6000
   Facsimile (408) 291-6016
4
   Attorneys for Debtor(s)
5  Jennifer Philoan Phan

6

7

8                    UNITED STATES BANKRUPTCY COURT

9                    NORTHERN DISTRICT OF CALIFORNIA

10
   IN RE:                               )      CHAPTER 13
11                                       )      CASE NO.: 10-50707 SLJ
   JENNIFER PHILOAN PHAN                 )
12                                       )      Hearing Date: January 2, 2013
                                         )      Time: 10:30 a.m.
13                                       )      Court Room 3099, 280 S. First Street
                                         )      San Jose, California
14  _____ )      Judge: Hon. Stephen L. Johnson

15   **DECLARATION OF JENNIFER PHILOAN PHAN IN SUPPORT OF MOTION FOR
     RELIEF FROM STAY TO PURSUE MARITAL DISSOLUTION PROCEEDINGS**
16

17        I, Jennifer Philoan Phan, declare as follows in support of the Motion For Relief

18   From Stay:

19   1. I am the Debtor in the above-entitled case.

20   2. I waive the automatic stay to the limited extent necessary and seek an Order so

21   providing to permit me to proceed with the dissolution of my marriage to Jeffrey Tu and

     to obtain the requisite orders to determine the following:
22
          (a) the characterization of assets and debts as separate or community and the
23
     apportionment of the community assets and debts between the parties;
24
          (b) determination of the reimbursement claims between the parties; and
25
          (c) any remaining issues between myself and Jeffrey Tu.
26
     3. I respectfully request the Motion be granted.

1  I declare under penalty of perjury under the laws of the United States of America and of

2  the State of California that I have personal knowledge of the foregoing, that the foregoing is true

3  and correct to the best of my knowledge, and that if called as a witness could competently testify

4  thereto.

5       Executed this 3rd day of December, 2012, in San Jose California,

6

7                                                    _____
                                                     JENNIFER PHILOAN PHAN

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26