

DEVIN DERHAM-BURK
CHAPTER 13 STANDING TRUSTEE
P O BOX 50013
SAN JOSE, CA 95150-0013

Telephone: (408) 354-4413
Facsimile: (408) 354-5513

Trustee for Debtor

The following constitutes
the order of the court. Signed April 14, 2014

_____
Stephen L. Johnson
U.S. Bankruptcy Judge

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

In Re: ) Chapter 13
)
JENNIFER PHILOAN PHAN ) Case No. 10-50707 SLJ
)
)
_____Debtor_____)

**FINAL DECREE**

The estate of the above named Debtor has been fully administered.

IT IS ORDERED THAT:

DEVIN DERHAM-BURK is discharged as Trustee of the estate of the above named Debtor and the bond is canceled.

\* \* \* END OF ORDER \* \* \*